UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUGO KEY III and JONATHAN KEY

Plaintiff(s)

Case No.: 1:20-cv-347-WES-LDA

v.

SUSSEX INSURANCE COMPANY, INC. ET AL.

Defendant(s)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, BENJAMIN I. SCHIMELMAN, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney GARY A. STRONG to appear *pro hac vice* in this case as counsel for BONDEX INSURANCE COMPANY and DALE GROUP, INC.

I certify that I have reviewed the below information provided by the prospective admittee. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

LOCAL COUNSEL:

BENJAMIN I. SCHIMELMAN
*Name*

10067
*Bar Number*

GFELLER LAURIE LLP
*Firm/Agency*

977 FARMINGTON AVENUE, SUITE 200
*Address*

WEST HARTFORD, CT 06107
*City, State, Zip Code*

/s/ Benjamin I. Schimelman
*Signature*

08/25/2020
*Date*

860-760-8445
*Telephone Number*

860-760-8401
*Fax Number*

BSCHIMELMAN@GLLAWGROUP.COM
*E-mail Address*

### To be completed by the Prospective Admittee

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (*list courts below.*)

| State or Federal Court | Admission Date | State or Federal Court | Admission Date |
|---|---|---|---|
| NEW YORK | 01/30/2002 | U.S. COURT OF APPEALS - SECOND CIRCUIT | 05/15/2006 |
| NEW JERSEY | 12/17/2001 | | |
| U.S.D.C. S.D.N.Y. | 04/01/2002 | | |
| U.S.D.C. E.D.N.Y. | 04/01/2002 | | |

### To be completed by the Prospective Admittee

*If you answer yes to any of the below questions, you <u>must</u> provide a full explanation as an attachment.*

| Question | YES | NO |
|---|---|---|
| Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys? | ☐ | ☑ |
| Are there any disciplinary proceedings pending against you at this time? | ☐ | ☑ |
| Has your *pro hac vice* status ever been revoked by any court? | ☐ | ☑ |
| Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime? | ☐ | ☑ |
| Are there any criminal charges pending against you at this time? | ☐ | ☑ |

### Certification and Signature

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

**GARY A. STRONG**
Name

**GFELLER LAURIE LLP**
Firm/Agency

**100 OVERLOOK CTR, FL 2**
Address

**PRINCETON, NJ 08540-7814**
City, State, Zip Code

/s/ Gary A. Strong
Signature

**609-375-2035**
Telephone Number

**609-751-9902**
Fax Number

**GSTRONG@GLLAWGROUP.COM**
E-mail Address